MARGARET A. TYNAN, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23792.) JOHN W. RYAN, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23793.) JOHN MURPHY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23513.) ANNA MURPHY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23514.) KATHERINE M. ROSNEY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23515.) FRANK L. WOODS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23516.) MABEL E. WOODS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23517.) — Appeal from seven Court of Claims judgments each dismissing a claim against the State of New York. All of the actions arose because of injuries when an automobile went off a State highway at Buck Hollow near Alder Creek in the Adirondacks. The car had traveled down a slight grade, across a level

stretch, and had begun to ascend a slight grade to the north. It is the claim of the plaintiffs that the rear end of the car " slid " to the left and struck a concrete post at a sluice, and that when the car was straightened up it again " slid " to the other side of the road and down an embankment. It is further the claim of the plaintiffs that the car " slid " because the highway was slippery from oil that was oozing up from the stone binder. The condition of the road was a question of fact. One or more of the claimants' witnesses described a condition from which negligence could be found; other witnesses testified that the road was in good condition. Judgments affirmed. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents, and votes for reversal of judgments and for new trials.